UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT HYUNDAI CAPITAL AMERICA TO RESPOND TO COMPLAINT<br><br>(ECF No. 23) |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Hyundai Capital America shall file a response to the complaint on or before May 3, 2017.

IT IS SO ORDERED.

Dated: __**April 19, 2017**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE