| | |
|---|---|
| 1 | **LAW OFFICE OF CLARK OVRUCHESKY** |
| 2 | Clark Ovruchesky, Esq. (SBN: 301844) |
|   | co@colawcalifornia.com |
| 3 | 750 B. Street, Suite 3300 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 356-8960 |
| 5 | Facsimile: (619) 330-7610 |
| 6 | |
|   | **LAW OFFICE OF STEPHAN A. HOOVER** |
| 7 | Stephan A. Hoover, Esq. (SBN: 299790) |
| 8 | Stephan@hooverlawsd.com |
|   | P.O. Box 723 |
| 9 | Telephone: (760) 707-3453 |
| 10 | Facsimile: (760) 687-0013 |
| 11 | *Attorneys for Plaintiff*, |
| 12 | Daniel S. Ruiz |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL S. RUIZ, | Case No. 1:17-CV-00321-LJO-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING** |
| vs. | |
| WELLS FARGO BANK, N.A., HYUNDAI CAPITAL AMERICA, VALLEY FIRST CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

      Plaintiff Daniel S. Ruiz ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("WFBNA") hereby stipulate as follows:

      WHEREAS, WFBNA filed a Motion to Dismiss Plaintiff's Complaint on April 11, 2017 and a Motion Hearing was set for May 17, 2017 at 8:30 AM in Courtroom 4 (LJO) before Chief Judge Lawrence J. O'Neill;

WHEREAS, Plaintiff's counsel Clark Ovruchesky has a trial conflict from May 15th to potentially May 17th in Los Angeles Superior Court and a settlement conference conflict on May 17th in the Southern District of California (San Diego);

WHEREAS, Plaintiff's counsel Stephan Hoover has a family medical matter conflict on May 17th in San Diego;

WHEREAS, Plaintiff and WFBNA are currently engaged in settlement discussions and believe that a short continuance would also allow the parties to continue to explore early resolution of this action;

WHEREAS, this request is not made for any delay or improper purpose;

THEREFORE, Plaintiff and WFBNA hereby request that the currently scheduled Motion to Dismiss hearing be continued from May 17, 2017 to May 24, May 25, or May 26 and the motion filing deadlines related to WFBNA's Motion to Dismiss be adjusted accordingly.

**IT IS SO STIPULATED.**

DATED: April 24, 2017   LAW OFFICE OF CLARK OVRUCHESKY.


By */s/ Clark Ovruchesky*[1]
   Clark Ovruchesky
   Attorneys for Plaintiff
   Daniel S. Ruiz


DATED: April 24, 2017   SEVERSON & WERSON


By */s/ Laszlo Ladi* (as authorized 4-24-17)
   Laszlo Ladi
   Attorneys for Defendant
   Wells Fargo Bank, N.A.

---

[1] Pursuant to Eastern District Local Rule 131(e), filing counsel attests that all other signatories listed hereon and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing for Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint currently set for May 17, 2017 is continued to May 24, 2017 at 10:00 AM in Courtroom 9 before Magistrate Judge Stanley A. Boone and the motion filing deadlines related to WFBNA's Motion to Dismiss are adjusted accordingly. |

IT IS SO ORDERED.

Dated: **April 24, 2017**

UNITED STATES MAGISTRATE JUDGE