# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO, N.A., et al.,<br><br>   Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 35)<br><br>DEADLINE: July 1, 2017 |

On May 1, 2017, Plaintiff filed a notice of settlement informing the Court that he has reached settlement with Defendant Hyundai Capital America.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before July 1, 2017; and
2. All pending dates in this action are vacated as to Defendant Hyundai Capital America only.

IT IS SO ORDERED.

Dated: __**May 2, 2017**__

UNITED STATES MAGISTRATE JUDGE

1