# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MOTION TO DISMISS HEARING<br><br>(ECF No. 39) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on Defendant Wells Fargo N.A.'s motion to dismiss, currently set for May 24, 2017, is CONTINUED to June 14, 2017, at 10:00 a.m. in Courtroom 9. The filing deadlines are CONTINUED accordingly.

IT IS SO ORDERED.

Dated: **May 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1