# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 44)<br><br>DEADLINE: July 22, 2017 |

On May 22, 2017, Plaintiff filed a notice of settlement informing the Court that he has reached settlement with Defendant Wells Fargo Bank, N.A. (ECF No. 44.)

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before July 22, 2017;
2. Defendant Wells Fargo Bank, N.A.'s motion to dismiss (ECF No. 16) is terminated and the hearing set for June 14, 2017, is vacated; and
3. All pending dates and matters in this action are vacated as to Defendant Wells Fargo Bank, N.A. only.

IT IS SO ORDERED.

Dated: __**May 23, 2017**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1