# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ, | Case No. 1:17-cv-00321-LJO-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT TRANS UNION, LLC AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| v. | |
| WELLS FARGO, N.A., et al., | |
| Defendants. | (ECF No. 52) |

On June 26, 2017, Defendant Trans Union, LLC filed a first amended stipulation dismissing this action with prejudice against Trans Union, LLC only with each party to bear its own costs and fees. (ECF No. 52.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a stipulation of dismissal signed by all parties who have appeared.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Trans Union, LLC in this action.

IT IS SO ORDERED.

Dated: __June 27, 2017__

_____
UNITED STATES MAGISTRATE JUDGE

1