# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT EQUIFAX INFORMATION SERVICES LLC AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 54) |

On June 29, 2017, Plaintiff filed a stipulation dismissing this action with prejudice against Defendant Equifax Information Services LLC only with each party to bear its own costs and fees. (ECF No. 54.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a stipulation of dismissal signed by all parties who have appeared.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Equifax Information Services LLC in this action.

IT IS SO ORDERED.

Dated:  **June 29, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1