# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00321-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION<br><br>(ECF No. 66) |

　　　　On March 6, 2017, Plaintiff Daniel S. Ruiz filed this action against Defendants Wells Fargo Bank, N.A.; Hyundai Capital America; Valley First Credit Union; Experian Information Solutions, Inc.; Trans Union LLC, and Equifax Information Services LLC. On November 11, 2017, Plaintiff filed a stipulation dismissing Defendant Experian Information Solutions, Inc. with prejudice with each party to bear its own costs and fees. This action has now been settled as to all parties.

　　　　In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 14, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1